Name and address:
Robert A. Soloway, Esq.
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Shelley McConnell

Plaintiff(s)

v.

United States of America, et al.

Defendant(s).

CASE NUMBER

2:21-cv-03661-MRW

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Soloway, Robert A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-517-5500
*Telephone Number*

212-571-5507
*Fax Number*

rsoloway@rssslaw.com
*E-Mail Address*

of

Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Shelley McConnell

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

**and designating as Local Counsel**

Hollister, Bradley C.
*Designee's Name (Last Name, First Name & Middle Initial)*

302125
*Designee's Cal. Bar No.*

805-284-0711
*Telephone Number*

805-880-5916
*Fax Number*

bradley@hollisterlawoffice.com
*E-Mail Address*

of

Hollister Law Office APC
228 W Carrillo St, Ste D
Santa Barbara, CA 93101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:   [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2:   [ ] Applicant resides in California;   [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:   [ ] is not member of Bar of this Court;   [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge