Name and address:
Robert A. Soloway, Esq.
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shelley McConnell | **CASE NUMBER** |
| Plaintiff(s) | 2:21-cv-03661-MRW |
| v. | |
| United States of America, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Soloway, Robert A.       of       Rothman, Schneider, Soloway & Stern, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       100 Lafayette Street, Suite 501
(212)517-5500    (212)571-5507       New York, New York 10013
*Telephone Number*    *Fax Number*
rsoloway@rssslaw.com
*E-Mail Address*       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Shelley McConnell

*Name(s) of Party(ies) Represented*    [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Hollister, Bradley C.       of       Hollister Law APC
*Designee's Name (Last Name, First Name & Middle Initial)*       228 W Carrillo St, Ste D
302125    (805)284-0711    (805)880-5916       Santa Barbara, CA 93101
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
bradley@hollisterlawoffice.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
             [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____                                                      _____
                                                      U.S. District Judge/U.S. Magistrate Judge