Form 10 - AFFIDAVIT OF MAILING ONLY

P4724613

**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP Saihana Cabral**
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

SHELLEY McCONNELL, FIDUCIARY AND REPRESENTATIVE OF THE ESTATE OF
MOHAMED YUSUF, DECEASED

index No. **2:21-cv-03661-MRW**

PLAINTIFF

Date Filed
Office No.
Court Date.

- vs -

THE UNITED STATES OF AMERICA, ETAL

DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ERICA KIRKLAND** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **09th day of June, 2021** at a regular postal depository maintained by the United States of America, Deponent mailed the copy of

**CIVIL CASE INFORMATION STATEMENT, COMPLAINT, JURY DEMAND, SUMMONS IN A CIVIL ACTION**

to **DEPARTMENT OF JUSTICE**
the **DEFENDANT** at
**950 PENNSYLVANIA AVENUE NW**

**WASHINGTON, DC 20530**

Copy mailed by Certified Mail **(70202450000162169094 RRR)** marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

Sworn to before me this
09TH day of JUNE, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ERICA KIRKLAND DCA LIC # 2090938
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-RSSS-4724613

**2a**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

9590 9402 6250 0265 4070 12

Article Number (Transfer from service label)
7020 2450 0001 6216 9094

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   JUN 14 2021
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt