| | |
|---|---|
| SHERRY McCONNELL, fiduciary and representative of the Estate of MOHAMED YUSUF, Deceased, | |
| Plaintiff, | Case No: 21-cv-3661-CBM(MAAx) |
| vs. | |
| THE UNITED STATES OF AMERICA, JOHN DOES 1 - 10 and SUPERVISOR JOHN DOES 10 - 20 OF THE DEPARTMENT OF JUSTICE AND THE FEDERAL BUREAU OF PRISONS, | ORDER [20] |
| Defendants. | |

For the reasons set forth in Plaintiffs' Motion for Leave to Amend Complaint under Federal Rule of Civil Procedure 15 and Local Rule 15, and for good cause shown, Plaintiffs' Motion is GRANTED.

The Clerk is directed to file Plaintiffs' First Amended Complaint.

Dated this 15TH day of, NOVEMBER , 2021.

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Robert A. Soloway*
Robert A. Soloway
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013
(212) 571-5500
rsoloway@rssslaw.com
Attorneys for Plaintiff