AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SHELLEY McCONNELL, fiduciary and representative of the Estate of MOHAMED YUSUF, Deceased,

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA, MICHAEL CARVAJAL, Director of the Bureau of Prisons, LOUIS MILUSNIC, Warden of Lompoc Correctional Institution, JASPAL DAHLIWAL, WILLIAM WATSON, GALYNA MISCHENKO, ALAN W. WONG, JASON CHRISTOPHER, SHANE FABIE, MICHAEL ROBERTS, BEN WOOTEN, DDS, FNU GARDNER, FNU CARO, FNU WRINKOVICH, FNU JOHNSON, FNU TESONE, JOHN DOES 1 - 10 and SUPERVISOR JOHN DOES 10 - 20 of THE DEPARTMENT OF JUSTICE and THE FEDERAL BUREAU OF PRISONS,

*Defendant(s)*

Civil Action No. 21 Civ. 3661 (CBM)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US Attorney's Office
300 North Los Angeles Street, Ste 7156
Los Angeles, CA 90012
Attn: Civil Process Clerk

Attorney General of US
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Michael Carvajal, Director
Federal Bureau of Prisons
Central Office HQ
320 First Street, NW
Washington, D.C. 20534

Federal Bureau of Prisons
Central Office HQ
320 First Street, NW
Washington, DC 20534

Louis Milusnic, Warden
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Alan W. Wong
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

FNU Caro
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Jaspal Dahliwal
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Jason Christopher
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

FNU Wrinkovich
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

William Watson
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Shane Fabie
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

FNU Johnson
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Galyna Mischenko
936 W Main Street
Merced, CA 95340

Michael Roberts
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

FNU Gardner
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

FNU Tesone
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Ben Wooten, DDS
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOLLISTER LAW OFFICE, APC
228 W. Carrillo Street, Suite D
Santa Barbara, CA 93101

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
100 Lafayette Street
New York, New York 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2021

*Signature of Clerk or Deputy Clerk*