1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10    FOR THE CENTRAL DISTRICT OF CALIFORNIA
11           WESTERN DIVISION
12

| | |
|---|---|
| SHERRY McCONNELL, fiduciary and representative of the Estate of MOHAMED YUSUF, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al. <br><br> Defendants. | No. 2:21-cv-03661-CBM-MAAx <br><br> **JUDGMENT  [JS-6]** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's November 14, 2022 order granting Defendants' Motion to Dismiss, with leave to amend, Plaintiff Sherry McConnell had until December 14, 2022 to file an amended complaint. Dkt. 79 at 8-9. The Court ordered that "[a] failure to file an amended complaint by [December 14, 2022] shall result in dismissal of Plaintiff's complaint with prejudice." *Id.* at 9.

Plaintiff did not file an amended complaint by December 14, 2022. Therefore, this action is dismissed with prejudice. As a result, it is hereby ADJUDICATED, ADJUDGED, and DECREED that judgment is entered in favor of all Defendants and against Plaintiff.

IT IS SO ORDERED.

Dated: JANUARY 11, 2023

_____
Hon. Consuelo B. Marshall
United States District Judge

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ *Joseph W. Tursi*
_____
SARAH QUISH
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants